UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Arturo SOLORIO-Maldonado,** Defendant | Magistrate Docket No. '08 MJ 1746 |
| | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY CP DEPUTY |
| | COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **June 3, 2008** within the Southern District of California, defendant, **Arturo SOLORIO-Maldonado,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF **JUNE, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Arturo SOLORIO-Maldonado**

## PROBABLE CAUSE STATEMENT

On June 2, 2008, at approximately 11:50 p.m., Border Patrol Agent M. Bouanouar was notified by scope operator Senior Patrol Agent A. Noyes that he had observed six individuals walking northbound towards an area known as the "79 Highpoint." This area is located approximately five miles east of the Otay Mesa, California Port of Entry and one mile north of the United States/ Mexico International Boundary.

Agent Bouanouar responded to the area and was directed by Agent Noyes to the area where the group was last seen. Agent Bouanouar approached the group and identified himself as a Border Patrol Agent and questioned the group as to their citizenship and nationality. All six individuals including one later identified as the defendant **Arturo SOLORIO-Maldonado,** admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to be in the United States legally. All six individuals were arrested at approximately 12:01 a.m. and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on or about June 02, 2008.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.